No. D–666. In re Disbarment of Keehan. It is ordered that M. Patrick Keehan, of Towson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.